Wednesday, October 24, 2012

13–034

## HEARINGS

No. 12–0418/AF.  U.S. v. Andrew P. Halpin.  CCA S31805.

No. 12–5002/AF.  U.S. v. Ray A. Vazquez.  CCA 37563.

## ORDERS GRANTING PETITION FOR REVIEW

No. 11–0019/AF.  U.S. v. Shannon L. Dollar.  CCA S31607.  Review granted on the following issue:

> WHETHER THE ERRONEOUS ADMISSION OF COVER MEMORAN-DA AND CERTIFICATIONS BY LABORATORY CERTIFYING OFFICIALS ON TWO DD FORM 2624s WAS HARMLESS BEYOND A REASONABLE DOUBT IN A CASE WHERE THE TESTIFYING EXPERT HAD NO INVOLVEMENT IN THE TESTING OF APPELLANT'S SAMPLES AND QUOTED THE COVER MEMORANDA IN HIS TESTIMONY TO THE MEMBERS.

No briefs will be filed under Rule 25.

Misc. No. 13–8010/AR.  Reinel Casa Garcia, Appellant v. United States, Appellee.  CCA 20111047.  Notice is hereby given that a petition for extraordinary relief in the nature of a writ of error corm nobis, which the Court construes as a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief, was filed under Rule 27(b) on this date, and Appellee will file an answer to said petition on or before November 5, 2012.

No. 13–0018/NA.  U.S. v. Francis S. Key.  CCA 201100417.  Appellant's motion to file the supplement to the petition under seal is granted.

